# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Fernando PATINO Jr.;<br>Carlos Alberto GARCIA-Guajardo<br><br>*Defendant(s)* | Case No. **5:25-MJ-222**<br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 2/January 22, 2025 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g)(o) | Possession or transfer of an unregistered machinegun |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1 and probable cause found:

*Complainant's signature*

Christopher L. Joliet II, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/30/2025

*Judge's signature*

City and state: Laredo, Texas    Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

**5:25-MJ-222**
**SEALED**

Attachment A

1. In late December 2024, the Laredo Police Department (LPD) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were in communication with Fernando PATINO Jr. who arranged to sell a Glock pistol quipped with a Machinegun Conversion Device (MCD), commonly referred to as a "switch". PATINO Jr. agreed to sell the firearm and MCD for $1,100.

2. On or about January 2, 2025, an LPD Undercover (UC) made contact with PATINO Jr. and another individual identified as Carlos Alberto GARCIA-Guajardo via messenger application. GARCIA-Guajardo informed the LPD UC that the firearm and MCD were ready for him to purchase.

3. GARCIA-Guajardo instructed the LPD UC to come to an address on the 3000 block of Monterrey Street, Laredo, TX. 78046 to conduct the purchase. The LPD UC arrived at the address where he observed GARCIA-Guajardo and PATINO Jr. standing outside of the address. The LPD UC provided PATINO Jr. $1,100 of ATF buy money at which time PATINO Jr. provided the LPD UC with a Glock, model 22, .40 caliber pistol bearing serial number BVNL394, equipped with a Machinegun Conversion Device.

4. The LPD UC left the area, and the firearm was placed into the LPD evidence room and subsequently transferred into ATF custody.

5. ATF Special Agents conducted a preliminary examination of the firearm and MCD and found the firearm's function and characteristics to be consistent with that of a machinegun, regulated under the National Firearms Act (NFA).

6. Possession or transfer of an unregistered firearm, required to be registered, under the National Firearms Act is a violation of 18 USC 922(o), possession or transfer of an unregistered machinegun.

7. In late December 2024, the Laredo Police Department (LPD) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were in communication with Fernando PATINO Jr. who arranged to sell a Glock pistol quipped with a Machinegun Conversion Device (MCD), commonly referred to as a "switch". PATINO Jr. agreed to sell the firearm and MCD for $1,100.

8. On or about January 2, 2025, an LPD Undercover (UC) made contact with PATINO Jr. and another individual, identified as Carlos Alberto GARCIA-Guajardo, via messenger application. GARCIA-Guajardo informed the LPD UC that the firearm and MCD were ready for him to purchase.

9. GARCIA-Guajardo instructed the LPD UC to come to an address on the 3000 block of Monterrey Street, Laredo, TX. 78046 to conduct the purchase. The LPD UC arrived at the address where he observed GARCIA-Guajardo and PATINO Jr. standing outside of the address. The LPD UC provided PATINO Jr. $1,100 of ATF buy money at which time PATINO Jr. provided the LPD UC with a Glock, model 22, .40 caliber pistol bearing serial number BVNL394, equipped with a Machinegun Conversion Device.

10. The LPD UC left the area, and the firearm was placed into the LPD evidence room and subsequently transferred into ATF custody.

11. ATF Special Agents conducted a preliminary examination of the firearm and MCD and found the firearm's function and characteristics to be consistent with that of a machinegun, regulated under the National Firearms Act (NFA).

12. Possession or transfer of an unregistered firearm, required to be registered, under the National Firearms Act is a violation of 18 USC 922(o), possession or transfer of an unregistered machinegun.

13. In January 2024, the Laredo Police Department (LPD) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were in communication with Carlos Alberto GARCIA-Guajardo who arranged to sell a Glock pistol quipped with a Machinegun Conversion Device (MCD), commonly referred to as a "switch". GARCIA-Guajardo agreed to sell the firearm and MCD for $1,200.

14. On or about January 22, 2025, an LPD Undercover (UC) made contact with GARCIA-Guajardo and another individual identified as Fernando PATINO Jr. via messenger application regarding the purchase of the firearm. PATINO Jr. called the LPD UC and instructed him to go to an address on the 3000 block of Monterrey Street, Laredo, TX 78046.

15. The LPD UC arrived at the address on the 3000 block of Monterrey Street, Laredo, TX. 78046 to conduct the purchase. Upon arrival, the LPD UC observed PATINO Jr. waiting outside of the residence. PATINO Jr. greeted the LPD UC and then PATINO Jr. went to the rear of the residence and returned with GARCIA-Guajardo, who was in possession of a Glock, model 22, .40 caliber pistol bearing serial number BBXD668, equipped with a Machinegun Conversion Device. GARCIA-Guajardo provided the LPD UC with the firearm and the LPD UC provided GARCIA-Guajardo $1,200 of ATF buy money for the firearm.

16. The LPD UC left the area, and the firearm was placed into the LPD evidence room and subsequently transferred into ATF custody.

17. ATF Special Agents conducted a preliminary examination of the firearm and MCD and found the firearm's function and characteristics to be consistent with that of a machinegun, regulated under the National Firearms Act (NFA).

18. Possession or transfer of an unregistered firearm, required to be registered, under the National Firearms Act is a violation of 18 USC 922(o), possession or transfer of an unregistered machinegun.