STATEMENT IN

SUPPORT OF PROBABLE CAUSE

IN RE: Jose Guadalupe HERNANDEZ-Garza

I, Christopher L. Joliet II, declare and state as follows:

1. On Friday, January 31, 2025, the Bureau of Alcohol, Tobacco, Firearms and Explosives, Laredo Police Department, Laredo Police Department officers and SWAT, Border Patrol BORTAC, DEA Laredo, Texas DPS, HSI Laredo, and ICE ERO executed a federal search warrant on the 3000 block of Monterrey Street, Laredo, Texas 78046.

2. During the execution of the search warrant, Jose Guadalupe HERNANDEZ-Garza was removed from the residence by Laredo Police Department SWAT. Department of Homeland Security, Homeland Security Investigations and U.S. Immigration and Customs Enforcement, Enforcement Removal Operations agents verified that HERNANDEZ-Garza was an alien illegally inside of the United States.

3. Agents and officers conducted a search of the residence and discovered a bedroom suspected of belonging to HERNANDEZ-Garza containing two firearms, drugs, a scale, and HERNANDEZ-Garza's Mexican Passport. The firearms were identified as a Davis Industries, model P-380, .380 auto caliber pistol bearing serial number AP118932 and a Cobra Enterprises Inc., model Patriot, 9mm pistol bearing serial number 06219.

4. HERNANDEZ-Garza was taken into custody by HSI and ICE.

5. The firearms and evidence were taken into ATF custody. A preliminary examination of the firearms indicated that they were manufactured outside of the State of Texas therefore traveling in or affecting interstate commerce.

6. Possession of a firearm by an alien illegally in the United States is a violation of 18 USC 922(g)(5).

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on the ___1st_____ of __February_____, 2025.

_____
Christopher L. Joliet II, ATF Special Agent

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above have committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE